RANDY S. GROSSMAN
Acting United States Attorney
BRETT NORRIS
Assistant U.S. Attorney
Deputy Chief, Civil Division
Cal. State Bar No. 224875
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney
Illinois. State Bar No. 6325877
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7620
Facsimile: (619) 546-7751
Email: brett.norris@usdoj.gov
Email: stephanie.sotomayor@usdoj.gov

Attorneys for the
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ELIZABETH LADNER and MATTHEW AUSTIN LADNER,<br><br>Plaintiff,<br><br>v.<br><br>ANRON REIF, UNITED STATES GOVERNMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. '21CV1953 GPC KSC<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[42 U.S.C. § 233(c)]<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2021-00029787-CU-PA-NC) |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that the United States of America respectfully removes the above-captioned civil action from the Superior Court of California, County of San Diego – Central Division (Case No. 37-2021-00029787-CU-PA-NC) to this Court. The grounds for this removal include the following:

//

//

1.      On or about July 13, 2021, Plaintiffs initiated this action as Case No. 37-2021-00029787-CU-PA-NC in the Superior Court of California, County of San Diego. (*See* Plaintiffs' Complaint, attached hereto as **Exhibit 1**.) Plaintiffs' Complaint names the "United States Government" as a Defendant, as well as a federal employee, Anron Reif. The Complaint asserts causes of action for negligence and negligence per se.

2.      Removal of this case is appropriate pursuant to 28 U.S.C. §§ 1441, 1442 and 1446, because Plaintiffs' Complaint names the United States and one of its employees as defendants. Accordingly, this suit is properly subject to removal, without bond, under 28 U.S.C. § 1442(a)(1) because the action to be removed is against the United States pending in a state court located within this judicial district. Pursuant to 28 U.S.C. § 1441(a), the above-captioned action also may be removed because the district courts of the United States have original jurisdiction over cases which arise under the Constitution, treaties or laws of the United States. 28 U.S.C. § 1331.

3.      Because Plaintiffs allege negligence, they appear to bring this action under Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b); 2671-2680. The FTCA allows the United States, and only the United States, to be sued for the common law torts of its employees acting within the scope of their official duties. This remedy is exclusive and explicitly bars common law tort suits against individual federal employees and agencies. 28 U.S.C. §§ 2679(a) - (b)(1).

4.      Copies of the summons and Complaint filed in the Superior Court of California, County of San Diego, Case No. 37-2021-00029787-CU-PA-NC are attached pursuant to 28 U.S.C. § 1446(a), as amended.

//
//
//
//
//

**WHEREFORE**, Case No., 37-2021-00029787-CU-PA-NC now pending in the Superior Court of California, County of San Diego, North Country Division, is hereby removed therefrom to this Court.

DATED: November 16, 2021

RANDY S. GROSSMAN
Acting United States Attorney

s/ Brett Norris
BRETT NORRIS
Assistant U.S. Attorney
Deputy Chief, Civil Division
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney
Attorneys for Defendant
United States of America