# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ELIZABETH LADNER and MATTHEW AUSTIN LADNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES GOVERNMENT, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.: 21-cv-1953 GPC (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Gonzalo P. Curiel |

Presently before the Court is the parties' joint motion to dismiss this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Having satisfied this requirement, the Court GRANTS the motion to dismiss with prejudice. All parties are ordered to bear their own costs.

**IT IS SO ORDERED**.

Dated: June 13, 2023

Hon. Gonzalo P. Curiel
United States District Judge